

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-22-00175-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On April 14, 2022, relator Department of Family and Protective Services filed an amended petition for writ of mandamus. After this court requested a response, real party in interest E.H. filed a response. In accordance with our opinion issued this date, we conditionally grant the amended petition for writ of mandamus and order the Honorable Mary Lou Alvarez to, within fifteen days of this order, issue a written order vacating the following provisions of its prior orders:

> Paragraph 2.3 of the March 25, 2022 order requiring the Department to 'identify and execute a child specific contract for any or all child placing agencies with therapeutic foster homes that can meet the child's needs;'

> Paragraph 3.2 of the April 19, 2022 order requiring the Department to provide 'an autism expert on site designated to be working . . . for all shifts mornings, evenings and night' while E.H. remains placed at a hotel in Victoria, Texas; and

> Paragraph 3.7 of the April 19, 2022 order requiring two Department employees, Gina Kothe-Gibson and Jennifer Gonzalez, 'to report to . . . the deputy of the 45th Judicial District Court by 9 a.m. and . . . work from 9 a.m. to 6 p.m. in the jury room each day until placement for the child is secured.'

The Honorable Mary Lou Alvarez is further ORDERED to file a copy of such written order in this court within the designated fifteen-day period. *See* TEX. R. APP. P. 52.8(c).

The writ will issue only in the event we are informed Judge Alvarez has failed to comply with this order.

---

[1] This proceeding arises out of Cause No. 2013-PA-01215, styled *In the Interest of E.H., a Child*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the orders at issue in this proceeding.

It is so **ORDERED** on August 3, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

_____
Michael A. Cruz, Clerk of Court